UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINN WILRIDGE,

        Petitioner,

   v.

SCOTT KERNAN, et al.,

        Respondents.

Case No. 17-cv-07347-SI

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 30, 2018

_____
SUSAN ILLSTON
United States District Judge